**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6582**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

AHMED SALA ALI BURALE, a/k/a Ahmed Salah Ali, a/k/a Ahmed Hindi, a/k/a Ahmed Salah Ali Burle,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Senior District Judge.  (2:11-cr-00034-RBS-DEM-13)

_____

Submitted:  September 8, 2022            Decided:  September 13, 2022

_____

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Ahmed Sala Ali Burale, Appellant Pro Se.  Joseph Attias, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ahmed Sala Ali Burale appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  After reviewing the record, we conclude that the district court did not abuse its discretion in denying Burale's motion.  *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (per curiam) (stating standard), *cert. denied*, 142 S. Ct. 383 (2021).  Accordingly, we affirm the district court's judgment. *United States v. Burale*, No. 2:11-cr-00034-RBS-DEM-13 (E.D. Va. May 6, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
